*Wednesday, May 26, 1999*

## MERIT DOCKET

**99–537.   State ex rel. Stovall v. Eighth Judicial Dist. Court of Appeals.**
In Procedendo.   On motion to dismiss. Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–541.   State ex rel. Ohio Dept. of Commerce v. State Personnel Bd. of Review.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–612.   State ex rel. Strothers v. Fuerst.**
In Mandamus.   On answer of respondent, motion for judgment on pleadings, and answer of respondents by Gerald E. Fuerst et al.   Answers treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–617.   State ex rel. Becker v. Ghee.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–625.   State ex rel. Sova v. Blackmon.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–685.   State ex rel. Wyrick v. Russell.**
In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–768.   Austin v. State.**
In Habeas Corpus.   On petition for writ of habeas corpus, motion for production of documents, motion to withdraw guilty plea, motion for General Assembly redress, and motion to file out of abeyance. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
COOK, J., not participating.

**99–784.   State ex rel. Mercer v. Allen.**
In Habeas Corpus.   On petition for writ of habeas corpus by Craig J. Mercer.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–793.   Buckmaster v. Ghee.**
In Habeas Corpus.   On petition for writ of habeas corpus by John Buckmaster.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–822.   State ex rel. Klopp v. Haskins.**
In Habeas Corpus.   On petition for writ of habeas corpus by Gary P. Klopp.   *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.